No. 89-5464. CHARBONEAU v. IDAHO. Sup. Ct. Idaho. Certiorari denied.

No. 89-5467. DENARDO v. MUNICIPALITY OF ANCHORAGE ET AL. Sup. Ct. Alaska. Certiorari denied.

No. 89-5468. BARBER v. MUNICIPALITY OF ANCHORAGE, ALASKA. Sup. Ct. Alaska. Certiorari denied.

No. 89-5469. DEMOS v. UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON ET AL. C. A. 9th Cir. Certiorari denied.

No. 89-5474. BONILLAS v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 89-5483. DITTA v. BRANCH MOTOR EXPRESS & FREIGHT DRIVERS, HELPERS, DOCKMEN & ALLIED WORKERS, LOCAL UNION 375. C. A. 2d Cir. Certiorari denied.

No. 89-5557. BLANCO-TORRES v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 89-5561. WEBER v. LOS ANGELES COUNTY DEPARTMENT OF CHILDREN'S SERVICES. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 89-5584. BLOW v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 89-5587. LECKSTROM v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 89-5590. GAYLE ET AL. v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 89-5594. FARRELL ET AL. v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 89-5598. AUBREY v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 89-5599. MCINTOSH v. UNITED STATES. C. A. 9th Cir. Certiorari denied.